448 F.2d 653
 Ethel LEVY et al., Plaintiffs-Appellants,
v.
W. L. NORRED, Director of the Division of Securities for
State of Florida, et al., Defendants-Appellees.
 No. 71-2079 Summary Calendar.**
 United States Court of Appeals
Fifth Circuit.
 Sept. 28, 1971.
 
 Appeal from the United States District Court for the Southern District of Florida; Peter T. Fay, Judge.
 Ethel Levy, pro se.
 Larry Levy, Asst. Gen. Counsel, Dept. of Banking and Finance, Tallahassee, Fla., for defendants-appellees.
 Before BROWN, Chief Judge, INGRAHAM and RONEY, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 **
 Rule 18, 5 Cir., Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966